Russell Manning
Hornblower, Manning, Ward, Harrison, Venecia & Rodriguez
711 N. Carancahua Street, Suite 1800, Corpus Christi, TX 78403
Telephone: (361) 888-8041
Fax: (361) 888-8222
Email: rm@hmwpc.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| This Document Relates to:<br><br>Stephanie W. Carney,<br><br>Vs.<br><br>Pfizer, Inc., et al.<br><br>(Case No. 08-2022 CRB) | STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF[S] WITH PREJUDICE |

Come now all remaining Plaintiffs in these actions, including <u>but not limited</u> to Stephanie W. Carney, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions with prejudice, with each side bearing its own attorneys' fees and costs.

DATED: 09/10/2009   By: /s/ Russell Manning

Hornblower, Manning, Ward, Harrison,
Venecia & Rodriguez
711 N. Carancahua Street, Suite 1800
Corpus Christi, TX 78403
Telephone: (361) 888-8041
Facsimile: (361) 888-8222
*Attorneys for Plaintiff, Stephanie W. Carney*

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | |
|---|---|
| 1 | DATED: Oct. 12, 2009    By: _____ |
| 2 | |
| 3 | DLA PIPER LLP (US) |
|   | 1251 Avenue of the Americas |
| 4 | New York, New York 10020 |
|   | Telephone: (212) 335-4500 |
| 5 | Facsimile: (212) 335-4501 |
|   | *Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 10/16/09      _____
Hon. Charles R. Breyer
United...

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE